ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 SEP 30 PM 2: 22

CLERK S. McCarthy
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SAMUEL NATHANIEL BAILEY, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 105-027 |
| DONALD BARROW, Warden, | ) | |
| Respondent. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondent's motion to dismiss is **GRANTED**, petitioner's motion to dismiss an unexhausted claim is **DENIED** as **MOOT**, this civil action is **DISMISSED**, and a final judgment is **ENTERED** in favor of Respondent.

SO ORDERED this 30th day of September, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

BAILEY )

vs ) CASE NUMBER CV 105-027

BARROW ) DIVISION AUGUSTA

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 09/30/05, which is part of the official record of this case.

Date of Mailing: 09/30/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: _____
Joe Howell, Deputy Clerk

Name and Address

SAMUEL NATHANIEL BAILEY SERVED @ PRISON ADDRESS
CHAD ERIC JACOBS

[ ] Copy placed in Minutes
[X] Copy given to Judge
[X] Copy given to Magistrate